Christopher W. Arledge (Bar No. 200767)
Email: carledge@onellp.com
John Tehranian (Bar No. 211616)
Email: jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Former Attorneys for Defendant and Counterclaimant X17, Inc. and Defendant Francois Navarre*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

HAKOP ARSHAKYAN, an individual; MAXIMILIANO LOPES, an individual; ROBERTO MACIEL, an individual; and SANDRO RODRIGUES, an individual,

Plaintiffs,

v.

X17, INC., a California corporation; and FRANCOIS NAVARRE, an individual,

Defendants.

AND RELATED COUNTERCLAIMS.

Case No. 2:16-cv-04305-TJH-RAO
Hon. Terry J. Hatter, Jr.

**NOTICE FROM ONE LLP**

One LLP, the former counsel for X17, Inc. and Francois Navarre, files this Notice to the Court only after great deliberation and solemn consideration. It is not an action we take lightly, but one that is necessitated by the allegations of impropriety raised against One LLP and its attorneys in the recent wave of filings made by X17 and Navarre's new counsel, Mohajerian, APLC, and its attorneys, Mr. Mohajerian and Ms. Anooshian. These allegations are deeply offensive to the core.

Specifically, the relevant filings include:

(1) X17 and Navarre's Ex Parte Application to Continue Final Status Conference and All Associated Deadlines (Dkt. No. 171) and its related declarations (including but not limited to the Declaration of Al Mohajerian, dated October 15, 2019 and signed under penalty of perjury, in which he attested to certain "facts" for which he purported to have "personal knowledge") (Dkt. No. 171-3);

(2) X17 and Navarre's Ex Parte Application for Relief to Add Necessary Party Backgrid (Dkt. No. 172);

(3) X17 and Navarre's Ex Parte Application for Order Staying and/or Vacating Court's Judgment Granting Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 173);

(4) Defendant X17 and Navarre's Reply in Support of Ex Parte Applications (Dkt. Nos. 177-178); and

(5) Proposed Pretrial Conference Order (Defendant X17 and Navarre's Portions) (Dkt. No. 179).

Former lead counsel for X17, Inc., Chris Arledge and John Tehranian of One LLP, have been practicing law for 20 and 19 years, respectively, and have always striven to practice at the highest level of professionalism and ethical conduct. They have honorably and vigorously represented X17 for almost fifteen years. Peter Afrasiabi and Joanna Ardalan of One LLP, who have served as lead counsel for Backgrid USA, Inc. in unrelated copyright infringement litigation against third

parties, have been practicing law for 22 and 7 years, respectively, and have always striven to practice at the highest level of professionalism and ethical conduct. Neither One LLP nor any of these attorneys have ever been accused, let alone found to have engaged in, any unprofessional or unethical conduct, and they have never engaged in any unprofessional or unethical conduct.

Indeed, since its founding in 2002 by a group of attorneys leaving O'Melveny and Myers LLP until the present date, One LLP and its attorneys have represented the community and practiced in this bar with distinction, earning recognition and honors from their clients, peers and noted institutions for their honorable service:

- Chris Arledge, a graduate of the USC Gould School of Law, a former clerk for the Honorable Charles Wiggins at the United States Court of Appeals for the Ninth Circuit, a faculty member at the National Institute for Trial Advocacy and a founding partner of One LLP, is a noted and decorated trial attorney.
- John Tehranian, a graduate of Harvard University and Yale Law School, a tenured Professor of Law at Southwestern Law School where he holds the Paul W. Wildman Chair, and a founding partner at One LLP, has been named one of the top 50 entertainment attorneys in the world by *Variety*, has received the Wiley W. Manuel Award for Pro Bono Legal Services from the State Bar of California and is the author of numerous published articles and two law books (published by Oxford University Press and New York University Press).
- Peter Afrasiabi, a graduate of the USC Gould School of Law, a former clerk for the Honorable Alicemarie H. Stotler of this Court and the Honorable Ferdinand F. Fernandez of the United States Court of Appeals for the Ninth Circuit, Director of the Appellate Litigation Clinic at the University of California Irvine School of Law, and a founding partner of One LLP, is the winner of Public Counsel's

"Advocate of the Year" award and the USC Paul Davis Memorial Award for his exhaustive pro bono work on behalf of the indigent.

- Joanna Ardalan, a graduate of Loyola Law School, an adjunct professor at the USC Gould School of Law and Loyola Law School where she teaches copyright law, a Member of the Board of Directors of the Los Angeles Intellectual Property Law Association, is a partner at One LLP and has been repeatedly named "One of the Top Women Attorneys in Los Angeles" by *Los Angeles Magazine*.

Whether X17's allegations surrounding One LLP are at all relevant to this litigation is, of course, a matter for this Court to decide. If, however, the Court decides that they are relevant, Mohajerian, APLC's filings (made presumably with the authorization of X17) have now placed the internal communications between One LLP and X17 at direct issue in this litigation. As such, it appears that the attorney-client privilege that would otherwise pertain to such communications may have been waived.

However, out of an abundance of caution and so that One LLP can squarely address, as needed, the allegations made in said filings to the Court (to the extent that they are deemed at all relevant to the Court), One LLP will provide this Court with the relevant communications if this Court so orders and determines that X17 has now waived any attorney-client privilege that might have otherwise attached to communications between X17 and their former counsel, One LLP, regarding or related to Backgrid USA and One LLP's representation thereof. In addition, One LLP has formally directed X17's new counsel, Mr. Mohajerian and Ms. Anooshian at Mohajerian, APLC, to relevant communications and documents related thereto and apprised Mr. Mohajerian and Ms. Anooshian of their obligations under Rule 11, so that they can consider their grievous allegations in light of the actual evidence.

Dated: November 1, 2019

**ONE LLP**

By: /s/ Christopher W. Arledge
Christopher W. Arledge
John Tehranian
*Former Attorneys for Defendant and Counterclaimant X17, Inc. and Defendant Francois Navarre*