1  AL MOHAJERIAN, CSBN 182013
   ANN ANOOSHIAN, CSBN 170264
2  MOHAJERIAN, A Professional Law Corp.
   1901 Avenue of the Stars, Suite 1100
3  Los Angeles, California 90067
   Tel: (310) 556-3800/Fax: (310) 556-3817
4  Email: al@mohajerian.com; ann@mohajerian.com

5  *Attorneys for Defendants X17, Inc.*
   *and Francois Navarre*

6

7                 **UNITED STATE DISTRICT COURT**

8                **CENTRAL DISTRICT OF CALIFORNIA**

9                       **WESTERN DIVISION**

10

11  HAKIP       ARSHAKYAN,      an      individual,
    MAXIMILLIANO    LOPES,     an    individual,      CASE NO.: 2:16-CV-04305-TJH-RAO
12  ROBERTO MACIEL, an individual,
    SANDRO RODRIGUEZ, an individual,                 *Assigned for all purposes to Hon. Terry J. Hatter, Jr.*
13                                                    *Dept. 9B*
                                    Plaintiff,
14                                                   **ORDER GRANTING DEFENDANTS' EX**
                        vs.                          **PARTE APPLICATION TO STRIKE  [196]**
15
    X17, INC., a California corporation, FRANCOIS
16  NAVARRE, an individual,                          Filed: December 19 , 2019
                                                     Time: Under Submission
17                                   Defendants.     Dept: 9B

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HAKIP ARSHAKYAN, an individual, MAXIMILLIANO LOPES, an individual, ROBERTO MACIEL, an individual, SANDRO RODRIGUEZ, an individual,<br><br>                                    Plaintiff,<br><br>               vs.<br><br>X17, INC., a California corporation, FRANCOIS NAVARRE, an individual,<br><br>                                    Defendants. | CASE NO.: 2:16-CV-04305-TJH-RAO<br><br>*Assigned for all purposes to Hon. Terry J. Hatter, Jr.*<br>*Dept. 9B*<br><br>**ORDER [196]**<br><br>Ex Parte Application Filed: December 19, 2019<br>Time: Under Submission<br>Dept: 9B |

**ORDER**

2

1

2       The ex parte application to strike non-party Backgrid USA's opposition to Defendants' motion

3   to join Backgrid, was filed by Defendants X17, Inc. and Francois Navarre on December 19, 2019.

4       On proof made to the satisfaction of the court that the application ought to be granted, IT IS

5   ORDERED that the ex parte application of Defendants for an order striking the opposition filed by

6   non-party Backgrid USA, be and hereby is, GRANTED.

7

8

9       Dated December 23, 2019                                    _____

10                                                                  *Honorable Terry J. Hatter, Jr.*

11                                                                  *United States District Judge*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

Arshakyan et al v. X17 et al<br>US District Court case no. 2:16 -CV-04305-TJH-RAO

STATE OF CALIFORNIA        )

                                       ) ss.

COUNTY OF LOS ANGELES    )

       I am employed in the county of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1901 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067.

On December 23, 2019, I served the foregoing document described as **Proposed Order Granting Defendants' Ex Parte Application to Strike** in this action _x_ by placing ___ the original _x_ a true copy thereof enclosed in sealed envelopes addressed as follows:

See Attached Service List

  _X_  **BY U.S. MAIL**  I caused said envelope to be deposited in the U.S. Mail, as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business.  I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

___    **BY EMAIL OR ELECTRONIC TRANSMISSION:**    As a courtesy, I caused the DOCUMENTS to be sent to the person[s] at the email addresses listed above. I did not, within a reasonable time after the transmission, receive any electronic message or other indication that the transmission was unsuccessful.

Executed on December 19, 2019 at Los Angeles, California.

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                /s/ Anna Contreras

               Anna Contreras

Service List
Joshua Shin, Esq.
Sean M. Kneafsey
The Kneafsey Firm, Inc.
800 Wilshire Blvd. Suite 710
Los Angeles, CA 90017
jshin@kneafseyfirm.com
*Attorney for Plaintiff*

Jeremy Pasternak, Esq.
Law Offices of Jeremy Pasternak
445 Bush St, Sixth Floor
San Francisco, CA 94108
Email jdp@pasternaklaw.com
*Attorney for Plaintiff*

Greg Durbin, Esq.
Laura Wolfe, Esq.
McCormick Barstow LLP
7647 N. Fresno St.
Fresno, CA 93720
*Attorneys for Defendant*

Darin T. Beffa
Beffa Law
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071
Email: darin@beffalaw.com
Attorney for non-party Backgrid USA Inc.