AL MOHAJERIAN, CSBN 182013
ANN ANOOSHIAN, CSBN 170264
MOHAJERIAN, A Professional Law Corp.
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
Tel: (310) 556-3800/Fax: (310) 556-3817
Email: al@mohajerian.com; ann@mohajerian.com

*Attorneys for Defendants X17, Inc. and Francois Navarre*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| HAKOP ARSHAKYAN, an individual,<br>MAXIMILIANO LOPES, an individual,<br>ROBERTO MACIEL, an individual,<br>SANDRO RODRIGUES, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>X17, INC., a California corporation, FRANCOIS NAVARRE, an individual,<br><br>                              Defendants. | CASE NO.: 2:16-CV-04305-TJH-RAO<br><br>*Assigned for all purposes to Hon. Terry J. Hatter, Jr. Dept 9B*<br><br>**DECLARATION OF ANN ANOOSHIAN IN RESPONSE TO OBJECTIONS TO EVIDENCE SUBMITTED WITH REPLY BRIEF AND WITH DEFENDANTS' APPLICATION TO FILE UNDER SEAL**<br><br>*[Concurrently filed with Application to File Under Seal and Proposed Order]*<br><br>Application Filed: January 2, 2019<br>Pending Hearing Date: January 6, 2020<br>Time: Under submission<br>Dept: 9B<br><br> Pretrial conference date: March 16, 2020 |

I, Ann Anooshian, declare the following:

1.     I am an attorney at law duly licensed to practice before all the Courts of the State of California. I am an associate of MOHAJERIAN, A Professional Law Corporation, and attorney of record for the Defendants X17 and FRANCOIS NAVARRE ("Defendants") in the above-captioned matter. I submit this declaration in support of the application to file under seal, the bank statements of Plaintiff submitted with Defendants' Reply Brief as rebuttal evidence, to reflect deposits made from 2012 through

2016 from X17, Backgrid (and its predecessor entities) and other licensing agencies, in support of Defendants' motion to vacate this court's ruling finding Plaintiffs were 'employees' of X17. I have personal knowledge of the following, and if called upon as a witness, I will testify to the following facts.

2. Plaintiffs REDACTED the bank statements of Plaintiff Arshakyan and Maciel. It will become immediately apparent to the Court upon review of the redacted bank statements and cancelled checks that similar payments were made from agencies other than X17, Inc.

3. PLAINTIFFS HAVE REDACTED OTHER DEPOSITS. IN THE OBJECTIONS TO DEFENDANTS' APPLICATION TO FILE UNDER SEAL, PLAINTIFFS ARGUE THAT THE EXHIBITS SHOW ONLY PAYMENTS FROM X17, INC. THIS IS BECAUSE PLAINTIFFS REDACTED OTHER PAYMENTS/AGENCIES.

4. These bank statements were submitted to be filed under seal to demonstrate not only that other agencies paid Plaintiffs but to demonstrate that payments were made also by X17, Inc. in such a manner and on such dates that would evidence the purchase of photos, rather than an employment arrangement. For instance looking at page 58 of Exhibit 102 - Arshakyan's June 1, 2015 bank statement – there are eight payments within thirty days: June 1, June 3, June 10, June 15, June 16, June 22, June 25 and June 30, 2015. *See, Docket no. 202, Exhibit 102 to Application to file under seal.* A similar example is present on page 68 of Arshakyan's bank statements for the month of November 2015 where seven deposits are made sometimes one or two days apart.

5. Looking at page 204 of Exhibit 102 cancelled checks for $6500.00 and $5000.00, made five days apart, to Plaintiff Maciel on October 15 and 20, 2012. This is not indicative of an employment arrangement, particularly where other agencies have also made payments. Page 205 of Exhibit 102 also depicts payments on consecutive days, November 17 and November 18, 2012. And page 206 shows $7000.00 and $5000.00 both on December 15, 2012. *Exhibit 102 to Application to file under seal.*

6. The relevance of these bank statements and cancelled checks is they provide clear evidence of purchases of photos (THE COURT NOTES THE MEMO PORTIONS OF CHECKS ARE REDACTED BY PLAINTIFFS).

7. The deposits reflected in the bank statements are submitted to this court, to demonstrate that Plaintiffs were not employees and did not work full time or even part time for X17 – that they were

compensated from varying agencies throughout the years 2012 to 2016 upon the sale of photos to licensing agencies – sometimes two or three agencies depositing money the same day for photos purchased from Plaintiffs Maciel and Arshakyan.

8. THE COURT WILL NOTE THAT PLAINTIFFS HAVE PRODUCED ONLY REDACTED VERSIONS OF THE BANK STATEMENTS OF ARSHAKYAN WHICH REDACT THE NAMES OF OTHER LICENSING ENTITIES WHO DEPOSITED SUMS FOR THE PURCHASE OF PHOTOS; AND REDACTED CHECKS TO MACIEL IMAGES WHICH WOULD PRESUMABLY SHOW THE PHOTOS PURCHASED IN THE MEMO.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Dated January 2, 2020 ___/s / Ann Anooshian_____

*Ann Anooshian, Declarant*

CERTIFICATE OF SERVICE

Arshakyan et al v. X17 et al
US District Court case no. 2:16 -CV-04305-TJH-RAO

STATE OF CALIFORNIA            )
                               ) ss.
COUNTY OF LOS ANGELES          )

    I am employed in the county of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1901 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067.

    On January 2, 2020, I served the foregoing document described as **DECLARATION OF ANN ANOOSHIAN** in this action _x_ by placing __ the original _x_ a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Sean Kneafsey, Esq.<br>The Kneafsey Firm, Inc.<br>800 Wilshire Blvd Suite 710<br>Los Angeles, CA 90017<br>Email skneafsey@kneafseyfirm.com | Jeremy Pasternak, Esq.<br>Law Offices of Jeremy Pasternak<br>445 Bush St, Sixth Floor<br>San Francisco, CA 94108<br>Email jdp@pasternaklaw.com |
| Greg Durbin, Esq.<br>Laura Wolfe<br>McCormick, Bartow, Sheppard, LLP<br>7647 N. Fresno St.<br>Fresno, CA 93720<br>Email: greg.durbin@mccormickbarstow.com | |

_X_   **BY U.S. MAIL**   I caused said envelope to be deposited in the U.S. Mail, as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business.  I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

___   **BY EMAIL OR ELECTRONIC TRANSMISSION:**    **As a courtesy,** I caused the DOCUMENTS to be sent to the person[s] at the email addresses listed above. I did not, within a reasonable time after the transmission, receive any electronic message or other indication that the transmission was unsuccessful.

Executed on January 2, 2020 at Los Angeles, California. 0

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                         /s/ Anna Contreras
                                         Anna Contreras