THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone: (213) 892-1200
Fax:  (213) 892-1208

LAW OFFICES OF JEREMY PASTERNAK
A Professional Corporation
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
445 Bush St., Sixth Floor
San Francisco, CA 94108
Phone: (415) 693-0300
Fax: (415) 693-0393

Attorneys for Plaintiffs and Counter-Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAKOP ARSHAKYAN, an individual; MAXIMILIANO LOPES, an individual; ROBERTO MACIEL, an individual; and SANDRO RODRIGUES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>X17, INC., a California corporation; and FRANCOIS NAVARRE, an individual,<br><br>Defendants. | Case No. 2:16-cv-04305 TJH-RAO<br><br>[Hon. Terry J. Hatter, Jr.]<br><br>**OBJECTIONS TO AMENDED DECLARATION OF ANN ANOOSHIAN IN RESPONSE TO OBJECTIONS TO EVIDENCE SUBMITTED WITH REPLY BRIEF AND WITH DEFENDANTS' APPLICATION TO FILE UNDER SEAL [DKT NO. 213]**<br><br>Date:  January 6, 2020<br>Time:  Under submission<br>Dept:  9B |
| AND RELATED COUNTER CLAIMS | |

## I. PRELIMINARY STATEMENT

Defendants initially filed a Declaration of Ann Anooshian as Docket No. 212 which contained incorrect statements to the effect that that Plaintiffs did not produce unredacted copies of their bank records, which they had.

After meeting and conferring, Defendants agreed to withdraw those incorrect statements and have subsequently filed as Docket No. 213, an "Amended" Declaration of Ann Anooshian. Based on discussions with counsel, this "Amended" Declaration is intended to supersede Docket No. 212.

Plaintiffs object to this declaration in its entirety because it constitutes improper evidence and argument submitted long after the deadline for Defendants to file a Reply Brief.

Plaintiffs further object to this document on the following grounds

| Paragraph No. | Text of Paragraph | Objections |
|---|---|---|
| 2. | These bank statements were submitted to be filed under seal to demonstrate not only that other agencies paid Plaintiffs but to demonstrate that payments were made also by X17, Inc. in such a manner and on such dates that would evidence the purchase of photos, rather than an employment arrangement. For instance looking at page 58 of Exhibit 101 - Arshakyan's June 1, 2015 bank statement there are eight payments within thirty days: June 1, June 3, June 10, June 15, June 16, June 22, June 25and June 30, 2015. See, Docket no. 202, Exhibit 102 to Application to file under seal. | Counsel's statements regarding the contents of bank records are hearsay and also lack foundation because the bank statements contain no reference to payments by other agencies.<br><br>Hearsay - FRE 801<br>Foundation – FRE 602<br>Relevance – FRE 401<br>Authentication – FRE 901<br>Improper Opinion – FRE 701<br>Improper Argument<br>Legal Conclusion |

| Paragraph No. | Text of Paragraph | Objections |
|---|---|---|
| | A similar example is present on page 68 of Arshakyan's bank statements for the month of November 2015 where seven deposits are made - sometimes one or two days apart. | |
| 3. | Looking at page 204 of Exhibit 102 cancelled checks for $6500.00 and $5000.00, made five days apart, to Plaintiff Maciel on October 15 and 20, 2012. This is not indicative of an employment arrangement, particularly where other agencies have also made payments. Page 205 of Exhibit 102 also depicts payments on consecutive days, November 17 and November 18, 2012. And page 206 shows $7000.00 and $5000.00 both on December 15, 2012. Exhibit 102 to Application to file under seal. | Hearsay - FRE 801<br>Foundation – FRE 602<br>Relevance – FRE 401<br>Authentication – FRE 901<br>Improper Opinion – FRE 701<br>Improper Argument<br>Legal Conclusion |
| 4. | The relevance of these bank statements and cancelled checks is they provide clear evidence of purchases of photos. Unredacted bank statements will be filed under seal once leave is granted to file these documents under seal. | Hearsay - FRE 801<br>Foundation – FRE 602<br>Relevance – FRE 401<br>Authentication – FRE 901<br>Improper Opinion – FRE 701<br>Improper Argument<br>Legal Conclusion |
| 5. | The deposits reflected in the bank statements are submitted to this court, to demonstrate that Plaintiffs | Counsel's statements regarding the contents of bank records are hearsay and also lack foundation because the |

| Paragraph No. | Text of Paragraph | Objections |
|---|---|---|
| | were not employees and did not work full time or even part time for X17 – that they were compensated from varying throughout the years 2012 to 2016 upon the sale of photos to licensing agencies - sometimes two or three agencies depositing money the same day for photos purchased from Plaintiffs Maciel and Arshakyan. | bank statements contain no reference to payments by other agencies.<br><br>Hearsay - FRE 801<br>Foundation – FRE 602<br>Relevance – FRE 401<br>Authentication – FRE 901<br>Improper Opinion – FRE 701<br>Improper Argument<br>Legal Conclusion |

DATED: January 3, 2019

THE KNEAFSEY FIRM, INC.

*/s/ Sean M. Kneafsey*

By ______________________________
Sean M. Kneafsey
Attorneys for Plaintiffs and Counter-Defendants