# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| HAKOP ARSHAKYAN, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>X17, INC., *et al.*,<br><br>    Defendants. | CV 16-04305 TJH (RAOx)<br><br>**Amended<br>Order**<br><br>[188,189] |

    The Court has considered Defendants' amended motion for leave to file a third party complaint, an interpleader complaint, or a cross complaint against non-party Backgrid USA, Inc., or, in the alternative, to join Backgrid USA, Inc. as a necessary party, together with the moving and opposing papers.

    In addition to failing to lodge a proposed version of the complaint it seeks to file, Defendants failed to set forth a legal or factual basis that would support the assertion

1 | of a third party complaint, an interpleader complaint, or a cross complaint against
2 | Backgrid USA, Inc., or the joinder of Backgrid USA, Inc. to this case.

4 | Accordingly,

6 | 𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that the motion be, and hereby is, 𝕯𝖊𝖓𝖎𝖊𝖉.

8 | Date: February 4, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge