THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

LAW OFFICES OF JEREMY PASTERNAK
A Professional Corporation
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
445 Bush St., Sixth Floor
San Francisco, CA 94108
Phone: (415) 693-0300
Fax: (415) 693-0393

Attorneys for Plaintiffs and Counter-Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAKOP ARSHAKYAN, an individual; MAXIMILIANO LOPES, an individual; ROBERTO MACIEL, an individual; and SANDRO RODRIGUES, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> X17, INC., a California corporation; and FRANCOIS NAVARRE, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTER CLAIMS | Case No. 2:16-cv-04305 TJH-RAO <br><br> [Hon. Terry J. Hatter, Jr.] <br><br><br> **JOINT WITNESS LIST** <br><br><br> <u>Final Status Conference</u> <br><br> Date:          March 16, 2020 <br> Time:         10:00 a.m. <br> Dept:         9B |

   The parties hereby submit the following Joint Witness List pursuant to Local Rule 16-5.

A.    **PLAINTIFFS' WITNESSES**

| No | WITNESS | TIME ESTIMATE (DIRECT EXAMINATION & REBUTTAL) | TIME ESTIMATE (CROSS-EXAMINATION BY NAVARRE) |
|---|---|---|---|
| 1. | Hakop "Jack" Arshakyan | 3.0 hours | 1 hour |
| 2. | Maximiliano "Max" Lopes | 3.0 hours | 2 hours |
| 3. | Roberto Maciel | 3.0 hours | 2 hours |
| 4. | Sandro Rodrigues | 3.0 hours | 3 hours |
| 5. | Francois "Regis" Navarre [By Deposition] | 3.0 hours | .5 hours[1] |
| 6. | Brandy Navarre [By Deposition] | 1.0 hour | .5 hours |
| 7. | Francois "Regis" Navarre | 1.0 hour | 1 hour |
| 8. | Brandy Navarre | 1.0 hour | 1 hour |

---

[1] Defendant Navarre objects to Plaintiffs both calling Mr. and Mrs. Navarre live and calling them by deposition.

JOINT WITNESS LIST

| No | WITNESS | TIME ESTIMATE (DIRECT EXAMINATION & REBUTTAL) | TIME ESTIMATE (CROSS-EXAMINATION BY NAVARRE) |
|---|---|---|---|
| 9. | Richard Terry [Live or By Deposition] | 1.0 hour | 1 hour |
| 10. | Jules Kamin, Ph.d | 2.0 hours | 0 hours |

### B.   DEFENDANTS' WITNESSES

| No | WITNESS | TIME ESTIMATE (DIRECT EXAMINATION & REBUTTAL BY NAVARRE)[2] | TIME ESTIMATE (CROSS-EXAMINATION) |
|---|---|---|---|
| 1. | Francois "Regis" Navarre | 4.0 hours | 3.0 hours |
| 2. | Brandy Navarre | 2 hours | 1.5 hours |
| 3. | Nichole Lechmanik[3] | 1 hour | 30 minutes |
| 4. | Eduardo Arrivabene | 1 hour | 30 minutes |
| 5. | Filipe Texeira | 1 hour | 30 minutes |
| 6. | Juliano Domingues | 1 hour | 30 minutes |

---

[2] Defendant Navarre also reserves the right to call during his case any witness designated by Plaintiffs.

[3] Plaintiffs intend to file a motion in limine to exclude Nichole Lechmanik, Eduardo Arrivabene, Filip Texeira, Juliano Domingues, and Marcelo Campos.

| NO | WITNESS | TIME ESTIMATE (DIRECT EXAMINATION & REBUTTAL BY NAVARRE)[2] | TIME ESTIMATE (CROSS-EXAMINATION) |
|---|---|---|---|
| 7. | Marcelo Campos | 1 hour | 30 minutes |

DATED:  February 24, 2020     THE KNEAFSEY FIRM, INC.

*/s/ Sean M. Kneafsey*

By _____

Sean M. Kneafsey
Attorneys for Plaintiffs and Counter-Defendants

DATED:  February 24, 2020     MOHAJERIAN LAW

*/s/ Al Mohajerian*

By _____

Al Mohajerian, Esq.
Attorneys for Defendants and Counter-Plaintiffs

**SIGNATURE ATTESTATION**

I hereby attest that concurrence has been obtained from above counsel for the filing of this document as indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Sean M. Kneafsey*

_____
Sean M. Kneafsey