1  THE KNEAFSEY FIRM, INC.
   SEAN M. KNEAFSEY (SBN 180863)
2  skneafsey@kneafseyfirm.com
   800 Wilshire Blvd., Suite 710
3  Los Angeles, California 90017
   Phone:  (213) 892-1200
4  Fax:  (213) 892-1208

5  LAW OFFICES OF JEREMY PASTERNAK
   A Professional Corporation
6  JEREMY PASTERNAK (SBN 181618)
   jdp@pasternaklaw.com
7  445 Bush St., Sixth Floor
   San Francisco, CA 94108
8  Phone: (415) 693-0300
   Fax: (415) 693-0393
9
   Attorneys for Plaintiffs & Counter-Defendants
10

11
                    UNITED STATES DISTRICT COURT
12
                  CENTRAL DISTRICT OF CALIFORNIA
13
                          WESTERN DIVISION
14

15

16  HAKOP ARSHAKYAN, et al,          Case No. 2:16-cv-04305 TJH-RAO

17                                    [Hon. Terry J. Hatter, Jr.]
            Plaintiffs,
18                                    **NOTICE OF SETTLEMENT**
         vs.
19

20
    X17, INC., et al.
21

22
            Defendants.
23

24

25

26

27

28

                              NOTICE OF SETTLEMENT

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the parties to the above referenced action have executed a term sheet settling this case.  The parties are currently drafting a long form settlement agreement.  The parties anticipate that this case will be dismissed with prejudice (subject to the Court retaining jurisdiction to enforce the settlement agreement) within 45 days of the date of this notice.

Respectfully submitted,

DATED:  March 12, 2020          THE KNEAFSEY FIRM, INC.

*/s/ Sean M. Kneafsey*

By _____

Sean M. Kneafsey
Attorneys for Plaintiffs and Counter-Defendants

NOTICE OF SETTLEMENT