THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone: (213) 892-1200
Fax: (213) 892-1208

LAW OFFICES OF JEREMY PASTERNAK
A Professional Corporation
JEREMY PASTERNAK (SBN 181618)
jdp@pasternaklaw.com
445 Bush St., Sixth Floor
San Francisco, CA 94108
Phone: (415) 693-0300
Fax: (415) 693-0393

Attorneys for Plaintiffs & Counter-Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAKOP ARSHAKYAN, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>X17, INC., et al.<br><br>Defendants. | Case No. 2:16-cv-04305 TJH-RAO<br><br>[Hon. Terry J. Hatter, Jr.]<br><br>**STIPULATION REGARDING DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

WHEREAS, Plaintiffs HAKOP ARSHAKYAN, an individual, MAXIMILIANO LOPES, an individual, ROBERTO MACIEL, an individual, and SANDRO RODRIGUES, an individual (collectively "Plaintiffs") and Defendants X17, INC., a California corporation; and FRANCOIS NAVARRE, an individual, NAVARRE MEDIA ENTERPRISES dba X17 INC, a California corporation (collectively "Defendants") have entered into a Settlement Agreement;

WHEREAS, pursuant to the Settlement Agreement, the Parties agreed that this action would be dismissed with prejudice, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement;

IT IS HEREBY STIPULATED by and between the Parties, through their attorneys of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above referenced action shall be dismissed in its entirety with prejudice subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

DATED: April 2, 2020

THE KNEAFSEY FIRM, INC.

*/s/ Sean M. Kneafsey*

By ________________________

Sean M. Kneafsey
Attorneys for Plaintiffs and Counter-Defendants

DATED: April 2, 2020

MOHAJERIAN LAW

*/s/ Al Mohajerian*

By ________________________

Al Mohajerian, Esq.
Attorneys for Defendants and Counter-Plaintiffs

DATED: April, 2 2020

X17, INC., a California corporation

By ______________________
Francois Navarre, President

DATED: April, 2 2020

NAVARRE MEDIA ENTERPRISES dba X17 INC, a California corporation

By ______________________
Francois Navarre, President

DATED: April, 2 2020

FRANCOIS NAVARRE, an individual

By ______________________
Francois Navarre

DATED: April, 2 2020

HAKOP ARSHAKYAN, an individual

DocuSigned by:
353C64B2585E41F...

By ______________________
Hakop Arshakyan, an individual

DATED: April, 2 2020

MAXIMILIANO LOPES, an individual

DocuSigned by:
B7921A698CBF415...

By ______________________
Maximiliano Lopes

DATED: April, 2 2020

ROBERTO MACIEL, an individual

DocuSigned by:
Roberto Maciel
8DFA76595AC4400...

By ______________________
Roberto Maciel

DATED: April, 2 2020

SANDRO RODRIGUES, an individual

DocuSigned by:
80A1A972853C4AA...

______________________
Sandro Rodrigues

**ATTESTATION**

I, Sean M. Kneafsey, am the CM/ECF user whose ID and password are being used to file this document. In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that Al Mohajerian, Esq. has concurred in this filing.

*/s/ Sean M. Kneafsey*
Sean M. Kneafsey